UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-82371-Civ-Cohn/Seltzer

BRIAN PERRY,

    Plaintiff,

v.

PAUL LAW OFFICE and
JP MORGAN CHASE & CO.,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a review of the docket.

The instant action was filed on December 4, 2009. On February 4, 2010, at the scheduling conference, counsel represented to the Magistrate Judge that the case had settled [DE 21]. However, since that date nothing further has been filed in this case. A default was entered against Defendant Paul Law Office on February 3, 2010 [DE 19].

On April 22, 2010, this Court entered an Order to Show Cause to Plaintiff as to why this case should not be dismissed for failure to prosecute [DE 22]. Plaintiff did not respond by the deadline of by April 30, 2010. The Order warned Plaintiff that failure to respond will result in a dismissal of this action.

This Court has the inherent authority to dismiss actions for failure to prosecute. Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962). Accordingly, it is

**ORDERED AND ADJUDGED** that this action be **DISMISSED without prejudice** for lack of prosecution.

**DONE AND ORDERED** in chambers in Fort Lauderdale, Broward County, Florida, this 13th day of May, 2010.

_____
JAMES I. COHN
United States District Judge

cc:    counsel of record on CM/ECF